# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of March, two thousand and fifteen.

_____

| | |
|---|---|
| Sarah Husain, Devon Blinth, Colleen McGraham, Jeff McGraham, Kathleen McHugh, Marc J. Peseau, Neil Schuldiner, William Wharton,<br>   Plaintiffs-Appellants, | **ORDER**<br>Docket No. 15-127 |
| v. | |
| Marlene Springer,<br>   Defendant-Appellee. | |

_____

    Appellants have filed an unopposed motion to amend the caption.

    IT IS HEREBY ORDERED that the motion is GRANTED. The official caption shall be amended to conform with the caption set forth above.

    For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court